**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Thaer A. Arman,** | : | |
| | : | **Case No. 2:26-cv-00578** |
| **Petitioner,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Todd M. Lyons,** *et al.,* | : | **Magistrate Judge Vascura** |
| | : | |
| **Respondents.** | : | |

## <u>ORDER</u>

This matter came before the Court for a telephonic status conference concerning Petitioner's *Emergency Motion for Temporary Restraining Order*. Doc. 8. For the reasons stated on the record, Petitioner's motion is **DENIED**.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: July 1, 2026

[1]