**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Thaer A. Arman,** | : | |
| | : | **Case No. 2:26-cv-00578** |
| **Petitioner,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Markwayne Mullin, Secretary, United States Department of Homeland Security, *et al.*,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Respondents.** | : | |

**<u>ORDER</u>**

Respondents filed a Return of Writ in this matter on August 10, 2026. Doc. 10. The Court hereby **ORDERS** Petitioner Thaer A. Arman to file a traverse to the Return of Writ by Friday, September 11, 2026.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: September 4, 2026